THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| Matthew Frost, et al.,<br><br>Plaintiffs,<br>v.<br><br>Lowe's Home Centers LLC,<br><br>Defendant. | REVISED MEMORANDUM DECISION AND ORDER<br><br>Case No. 2:25-cv-00690-DBB-DBP<br><br>District Judge David Barlow<br><br>Magistrate Judge Dustin B. Pead |

On September 18, 2026, the parties filed twenty-four short form discovery motions.[1] The court denies all twenty-four motions without prejudice and orders each party to consolidate their discovery disputes into a single motion in accordance with the Local Rules and this Order.

Short-form discovery disputes in this district are governed by Local Rule 37-1, which restricts each motion to 500 words (excluding the caption and signature block). Local Rule 37-1 is designed to streamline discovery disputes consistent with Federal Rule of Civil Procedure 1, which instructs courts to construe and administer the Federal Rules to secure the "just, speedy, and inexpensive determination of every action and proceeding."[2] Splitting a discovery dispute into numerous standalone short-form motions improperly circumvents Local Rule 37-1 and directly conflicts with the principles of Federal Rule 1.

To the extent the parties required additional space to address multiple discovery disputes with a discovery request, the proper procedure was to seek leave under the Local Rules to file an overlength short-form motion. Instead, the parties' piecemeal filings improperly claimed word

[1] ECF Nos. 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, and 72.

[2] Fed. R. Civ. P. 1.

limits above those set forth in the Rules. Accordingly, the parties are directed to file a single consolidated motion to compel that complies with the page and word limits set forth in Local Rule 7-1(a)(4)(D) for all other motions. Opposition and reply briefs are to comply with this same Rule.

ORDER

It is HEREBY ORDERED that respective Motions to Compel are DENIED WITHOUT PREJUDICE. The parties may refile their discovery dispute as a single consolidated motion in accordance with this Order and the Local Rules.

IT IS SO ORDERED.

DATED this 22 September 2026.

Dustin B. Pead
United States Magistrate Judge